UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
JACKIE COLE; LORRAINE COOK; DOROTHY :
FALK; ANITA FARRINGTON; LORETTA :
FISHER; GWENDOLYN HALL; CAROL LUNT; :
WANDA MERKINS-RADFORD; RHONDA :
ROWE; IRENE SOUTH; KATHERINE TIGUE; :
ELIZABETH AUSTIN; DIANA BRITTON; :
LELA CAWARD; FRANCES DELGADO; :
PATRICIA FREE; DAWN HERRICK; LEONA :
JOHNSTONE; SHIRLEY BROWN; SANDRA :
SMITH, :
 :
    Plaintiffs : Civil Action
v. : No. 04-11086-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
    Defendants :
------------------------------------ x

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004  
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.