UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JACKIE COLE; LORRAINE COOK; DOROTHY
FALK; ANITA FARRINGTON; LORETTA
FISHER; GWENDOLYN HALL; CAROL LUNT;
WANDA MERKINS-RADFORD; RHONDA
ROWE; IRENE SOUTH; KATHERINE TIGUE;
ELIZABETH AUSTIN; DIANA BRITTON;
LELA CAWARD; FRANCES DELGADO;
PATRICIA FREE; DAWN HERRICK; LEONA
JOHNSTONE; SHIRLEY BROWN; SANDRA
SMITH,

     Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11086-GAO

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 27, 2004
Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Indevus Pharmaceuticals, Inc.